# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brandi Elain Welch** DOB: 1981; United States<br>**Reno Esquer-Tacho** DOB: 1997; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00349 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 23, 2020, in the District of Arizona, **Brandi Elain Welch** and **Reno Esquer-Tacho**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal alien, namely Giovanni Pacheco-Espino and Marcela Trejo-Cruz, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 23, 2020, in the District of Arizona (Nearest city), an off duty United States Border Patrol Agent (BPA) was driving behind a silver 2005 Nissan Altima on Herford Road. The BPA saw that the occupants threw a bundle of camouflage clothing out of the window. Agents from the Brian Terry station responded to investigate. The Altima stopped at a traffic signal and the agents activated the emergency equipment. The vehicle stopped and the agents notice two Hispanic passengers in the back seat. The driver was identified as **Brandi Elain Welch** and the front seat passenger as **Reno Esquer-Tacho**, both U.S. Citizens. **Esquer** immediately said that they were attempting to bring the rear passenger to the agents and added "they are sick." The agents determined that the passengers were in the U.S. illegally.

Material witnesses Giovanni Pacheco-Espino and Marcela Trejo-Cruz said they had arranged to be smuggled into the United States for money. Both said they crossed the border illegally. Trejo said they were guided to the pickup location and were told to wait for a gray car. When the gray car arrived, there was a female driver and a male passenger. The male passenger, later identified as **Esquer**, did all the talking and told them to get into the vehicle. **Esquer** also instructed them to take off their camouflage clothing and throw it out the window. Pacheco said they were stopped by BPA and **Esquer** instructed them to say they were sick to the BPA.

In a post-*Miranda* statement, **Welch** agreed to use her car and ride with **Esquer**. She said she was going to get paid but did not know how much. **Welch** said they drove to the pickup location and claimed she was having car trouble and checked the radiator. **Welch** said that while she was checking the vehicle, two people came out of the brush and got into her car.

In a post-*Miranda* statement, **Esquer** claimed that he was ordered by a subject to accompany **Welch** to Sierra Vista where they received a call with instructions on where to go. They stopped to check the car and two subjects got in the vehicle, they were stopped by BPA shortly after.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Giovanni Pacheco-Espino and Marcela Trejo-Cruz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA *Digitally signed by RICARDO ISLAVA Date: 2020.04.24 11:45:26 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone **x**<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure, Rules 3, 4.1 and 54 | DATE<br>April 24, 2020 |